■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN PAWLEY, Appellant. [821 NYS2d 79]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered December 10, 2003, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 10 years, unanimously affirmed.

The court properly exercised its discretion in denying

defendant's motion to withdraw his plea, after affording him a reasonable opportunity to present his contentions (*see People v Frederick*, 45 NY2d 520 [1978]). The record establishes that the plea was knowing, intelligent and voluntary. Defendant's claim that he pleaded guilty in order to avoid a more severe sentence was not a legal basis for withdrawal of the plea, and defendant's various other claims were unsupported, as well as being contradicted by the plea allocution record. Concur—Mazzarelli, J.P., Sweeny, Catterson, McGuire and Malone, JJ.